IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROY A. MIGUES,                          :

    Plaintiff,                          :

vs.                                     :           CA 07-0334-WS-C

MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,
                                        :
    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 26, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of November, 2007.


                            s/WILLIAM H. STEELE
                            UNITED STATES DISTRICT JUDGE