# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ROY A. MIGUES,                    :

    Plaintiff,                :

vs.                               :       CA 07-0334-WS-C

MICHAEL J. ASTRUE,                :
Commissioner of Social Security,
                                  :
    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 25, 2008 is ADOPTED as the opinion of this Court.

DONE this 1st day of April, 2008.

                      S/WILLIAM H. STEELE
                      UNITED STATES DISTRICT JUDGE