IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROY A. MIGUES,                    :

    Plaintiff,                  :

vs.                               :     CA 07-0334-WS-C

MICHAEL J. ASTRUE,                :
Commissioner of Social Security,
                                  :
    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $1,022.38 under the Equal Access to Justice Act, representing compensation for the 6.2 hours of service by Colin E. Kemmerly, Esquire, at the cost-of-living-adjusted rate of $164.90 per hour.

    DONE this 1st day of April, 2008.

                                                 s/WILLIAM H. STEELE
                                                 UNITED STATES DISTRICT JUDGE